# MEMORANDUM DECISIONS.

---

ANDREWS, Inspector of Immigration, et al. v. JACKSON. (Circuit Court of Appeals, Ninth Circuit. October 20, 1920.) No. 3553. Appeal from the District Court of the United States for the District of Montana. For opinion below, see 263 Fed. 110. Edward C. Day, U. S. Atty., and W. W. Patterson, Asst. U. S. Atty., both of Helena, Mont., for appellants. Louis P. Donovan and Timothy Nolan, both of Butte, Mont., for appellee.

PER CURIAM. Pursuant to stipulation of counsel for the respective parties, appeal dismissed.

---

Ex parte ARDJEN SINGH, on Habeas Corpus. ARDJEN SINGH v. WHITE, Commissioner of Immigration for Port of San Francisco. (Circuit Court of Appeals, Ninth Circuit. November 1, 1920.) No. 3592. Appeal from the District Court of the United States for the First Division of the Northern District of California. Frank M. Silva, U. S. Atty., and Ben. F. Geis, Asst. U. S. Atty., both of San Francisco, Cal., for appellee.

PER CURIAM. Appeal dismissed for noncompliance by appellant with provisions of subdivision 1 of rule 16 of the Rules of Practice (208 Fed. ix, 124 C. C. A. ix).

---

SECOND NAT. BANK OF PARKERSBURG et al. v. UNITED STATES FIDELITY & GUARANTY CO. (Circuit Court of Appeals, Fourth Circuit. April 30, 1920, and June 7, 1920.) No. 1781. Appeal from the District Court of the United States for the Northern District of West Virginia, at Parkersburg. V. B. Archer and W. H. Wolfe, both of Parkersburg, W. Va., for appellants. B. M. Ambler, of Parkersburg, W. Va., for appellee.

PER CURIAM. Decree of District Court affirmed April 30, 1920, 266 Fed. 489. Order allowing appeal to Supreme Court filed June 7, 1920.